CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 5 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONELL J. BLOUNT, SR., ) | |
|     Plaintiff, ) | Civil Action No. 7:07-cv-00480 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JOHN M. JABE, et al., ) | By: Hon. Glen E. Conrad |
|     Defendants. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's access to the courts claim is **DISMISSED**, without prejudice, for failure to exhaust all available administrative remedies as required under 42 U.S.C. § 1997e(a), and plaintiff's religious diet claims are **DISMISSED**, pursuant to 28 U.S.C. § 1915A, for failure to state a claim upon which relief may be granted. Any pending motions are hereby **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.*

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to all counsel of record for the defendants.

ENTER: This 2d day of ~~October~~ November, 2007.

                                              /s/ Glen E. Conrad
                                              United States District Judge

---

* Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).